Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AJCA 0929, LLC, et al.,<br><br>　　　　Defendants. | No. 1:14-cv-00716-AWI-JLT<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF <u>ONLY</u> DEFENDANT CHEVRON U.S.A. INC. DBA CHEVRON STATION #209125 <u>WITHOUT</u> PREJUDICE; ORDER** |

　　　WHEREAS, Defendant Chevron U.S.A. Inc. dba Chevron Station #209125 has not filed an answer or motion for summary judgment;

　　　WHEREAS, no counterclaim has been filed;

　　　Plaintiff hereby respectfully requests that **only Defendant Chevron U.S.A. Inc. dba Chevron Station #209125** be dismissed from this action **without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: July 8, 2014　　　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　*/s/ Tanya E. Moore*
　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　Ronald Moore

## ORDER

Good cause appearing,

IT IS HEREBY ORDERED that **only** Defendant Chevron U.S.A. Inc. dba Chevron Station #209125 be dismissed from this action **without** **prejudice**.

IT IS SO ORDERED.

Dated:  July 8, 2014                                                  _____
                                                                                   SENIOR  DISTRICT  JUDGE