Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>          Plaintiff,<br><br>     vs.<br><br>AJCA 0929, LLC, et al.,<br><br>          Defendants. | No.  1:14-cv-00716-JLT<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER**<br><br>**(Doc. 27)** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Ronald Moore ("Plaintiff"), and Defendant, Ravinder Dhaliwal dba Subway #27425 ("Defendant," and together with Plaintiff, the "Parties"), the parties who have appeared in this action, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendant's response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

//

**IT IS SO STIPULATED**.

Dated:  December 4, 2014                           MOORE LAW FIRM, P.C.

                                                   */s/ Tanya E. Moore*
                                                   Tanya E. Moore
                                                   Attorneys for Plaintiff,
                                                   Ronald Moore

                                                   LAW OFFICES OF SAMUEL G. GRADER

                                                   */s/ John T. Hill*
                                                   John T. Hill
                                                   Attorneys for Defendant,
                                                   Ravinder Dhaliwal dba Subway #27425

### ORDER

The Parties having so stipulated and good cause appearing, the Court **ORDERS**:

1. The stipulation of the parties allowing Plaintiff to file the first amended complaint is **GRANTED**;

2. Plaintiff SHALL file his first amended complaint no later than December 10, 2014;

3. Defendant SHALL file his responsive pleading within 14 days of the filing of the first amended complaint.

IT IS SO ORDERED.

   Dated:   **December 4, 2014**                    **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER