Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AJCA 0929, LLC, et al.,<br><br>　　　　Defendants. | No. 1:14-cv-00716-JLT<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF <u>ONLY</u> DEFENDANT CHEVRON U.S.A. INC. DBA CHEVRON STATION #209125; ORDER**<br><br>**(Doc. 30)** |

　　　　WHEREAS, Defendant Chevron U.S.A. Inc. dba Chevron Station #209125 has not filed an answer or motion for summary judgment;

　　　　WHEREAS, no counterclaim has been filed;

　　　　Plaintiff hereby respectfully requests that **only Defendant Chevron U.S.A. Inc. dba Chevron Station #209125** be dismissed from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: December 5, 2014　　　　　　　　　　MOORE LAW FIRM, P.C.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Tanya E. Moore*
　　　　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　Ronald Moore

## ORDER

Good cause appearing,

IT IS HEREBY ORDERED that **only** Defendant Chevron U.S.A. Inc. dba Chevron Station **#209125** be dismissed from this action with prejudice.

IT IS SO ORDERED.

Dated:   **December 5, 2014**              /s/ Jennifer L. Thurston
                                          UNITED STATES MAGISTRATE JUDGE