# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>             Plaintiff,<br><br>      v.<br><br>AJCA 0929, LLC, et al.,<br><br>             Defendants. | Case No.: 1:14-CV-00716- JLT<br><br>ORDER TO THE PARTIES TO FILE THE NOTICE OF SETTLEMENT OR REQUEST FOR DISMISSAL WITHIN 14 DAYS |

On April 7, 2015, Judge McAuliffe vacated the scheduled settlement conference in light of information provided to her chambers that the matter had been resolved by the parties. (Doc. 44) Judge McAuliffe ordered the parties to file a notice of settlement "forthwith." Id. This has not occurred. Thus, the Court **ORDERS**:

   1. No later than **May 22, 2015**, counsel SHALL file a notice of settlement or a stipulated request for dismissal.

   **Failure to comply with this order will result in the imposition of sanctions.**

IT IS SO ORDERED.

   Dated:   **May 8, 2015**                            /s/ Jennifer L. Thurston
                                                            UNITED STATES MAGISTRATE JUDGE

1