**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD MOORE,<br><br>       Plaintiff,<br><br>       v.<br><br>AJCA 0929, LLC, et al.,<br><br>       Defendants. | Case No.: 1:14-CV-00716- JLT<br><br>ORDER DISMISSING DEFENDANT RAVINDER DHALIWAL DBA SUBWAY #27425<br>(Doc. 47)<br><br>ORDER TO PLAINTIFF TO SEEK DEFAULT JUDGMENT WITHIN 21 DAYS OR DISMISS THE ACTION |

On May 28, 2015, Plaintiff filed a stipulated request for dismissal of Defendant, Ravinder Dhaliwal dba Subway #27425.  (Doc. 47)  Once this defendant is dismissed, there remains in the case only defaulted defendants. (Docs. 36, 37)  Thus, the Court **ORDERS**:

    1.    The matter is dismissed with prejudice as to Defendant Ravinder Dhaliwal dba Subway #27425. Each party shall bear its own attorney's fees and costs;

    2.    **Within 21 days**, Plaintiff **SHALL** seek default judgment as to the defaulted Defendants, AJCA 0929, LLC and PEK CC, Inc., or dismiss the action in its entirety.

IT IS SO ORDERED.

   Dated:   __May 29, 2015__           ___**/s/ Jennifer L. Thurston**___
                                    UNITED STATES MAGISTRATE JUDGE

1