UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>     Plaintiff,<br><br>v.<br><br>AJCA 0929, LLC et al.,<br><br>     Defendants. | Case No.: 1:14-cv-00716 JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 52) |

Plaintiff reports that the parties have reached terms of an unconditional settlement in this matter. (Doc. 52)  Therefore, the Court **ORDERS**:

1. The stipulated request for dismissal SHALL be filed **no later than August 14, 2015**;
2. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.

IT IS SO ORDERED.

Dated:   **July 17, 2015**              /s/ Jennifer L. Thurston
                                                        UNITED STATES MAGISTRATE JUDGE